ROCKDALE CONSTRUCTION CORP. et al., Respondents, *v.* INCORPORATED VILLAGE OF CEDARHURST et al., Appellants.

Argued April 10, 1950; decided May 18, 1950.

*Maurice Brandt* for appellants.
*Sanford A. Davison* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.